UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NATALIE J. DAWSON,

Plaintiff,

v.                                                    Case No.  6:10-cv-1916-Orl-19DAB

CAPITAL MANAGEMENT SERVICES, L.P.,
CMS GENERAL PARTNER, LLC, JOHN
DOES I-V, JANE DOES I-V,

Defendants.

_____

## ORDER

This case is before the court upon periodic review.  The complaint in this action was filed on **December 23, 2010**.  Plaintiff has failed to effect proper service on the defendants within the 120 days allowed by Federal Rule of Civil Procedure 4(m) or as further extended by the Court. Therefore, it is

ORDERED that plaintiff show cause within **fifteen** days from the date of this order why the complaint against the above named defendant should not be dismissed without prejudice for failure to prosecute pursuant to Local Rule 3.10(a) M.D.Fla.

SO ORDERED at Orlando, Florida, this ___9th____ day of May, 2011.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record