UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NATALIE J. DAWSON,                         Case No. : 6:10-cv-1916-Orl-19DAB

        Plaintiff,

    v.

CAPITAL MANAGEMENT SERVICES, LP,
a Delaware limited partnership, and its general
partner, CMS General Partner, LLC, a Delaware
limited liability company,

        Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE*

    COMES NOW, the Plaintiff, NATALIE J. DAWSON, through her undersigned counsel

and informs the Court that the parties have settled this matter and performed their obligations.

Plaintiff requests that the Court dismiss this action *with prejudice*.

Dated : May 14, 2011

        /s/ Donald E. Petersen_____
        DONALD E. PETERSEN
        Law Office of Donald E. Petersen
        Post   Office   Box   1948
        Orlando, FL  32802-1948
        Voice :    (407) 648-9050
        E.C.F. (Only) : depecf@cfl.rr.com
        Email : petersen221@yahoo.com
        F.B.N.          0776238
        **ATTORNEY FOR PLAINTIFF**

## CERTIFICATION CONCERNING SERVICE

I HEREBY CERTIFY that the Defendant did not enter an appearance in this Action. Therefore, Defendant is not represented by any ECF participants or non-participants in this action. A courtesy copy was sent via email to Mr. Cory R. Magnuson, Defendant's General Counsel, at cory.magnuson@cms-collect.com on this 14th day of MAY, 2011.

/s/ Donald E. Petersen___  _____
DONALD E. PETERSEN